*MONTEGUDO vs. SILVA & AL.*

A shipper cannot demand the delivery of his goods, if the landing of them would expose the vessel to seizure.

MONTEGUDO
*vs.*
SILVA & AL.

APPEAL from the court of the parish and city of New-Orleans.

PORTER, J. delivered the opinion of the court. This case presenting the same points with that of Patron against the defendants:

A shipper cannot demand the delivery of his goods, if the landing of them would expose the vessel to seizure

It is ordered, adjudged and decreed, that the judgment of the parish court be annulled, avoided and reversed, and that there be judgment for defendants with costs in both courts.

---

*CASTANEDO vs. SILVA & AL.*

A shipper cannot demand the delivery of his goods, if the landing of them would expose the vessel to seizure.

APPEAL from the court of the parish and city of New-Orleans.

PORTER, J. delivered the opinion of the court. This case presenting the same points with that of Patron against the defendants:

A shipper cannot demand the delivery of his goods, if the landing of them would expose the vessel to seizure.

It is ordered, adjudged and decreed, that the judgment of the parish court be annulled, avoided and reversed, and that there be judgment for the defendants with costs in both courts.

---

### *KENNER & AL. vs. THEIR CREDITORS.*

If on a comparison of the day of acceptance, the day designated for payment, and the tenor of the bill, it appears that the days of grace were included with those of sight, between the day of acceptance and that designated for payment, that day is the peremptory one of payment, and protest on it is legal.

If the acceptance on it be not dated, parol evidence is admissible, to shew on what day it was made.

APPEAL from the court of the parish and city of New-Orleans.

[For the facts in this case, the reader is referred to 8th Martin's Reports, n. s. page 36.]

PORTER, J. delivered the opinion of the court. The appellants were placed in the tableau of distribution, as holders of bills of the insolvents, to which the same objection was made as to those held by the Bank of the United States, who were also creditors in this *concurso.* See *vol.* 8, *Martin, n. s. page* 36.